Clear Form

```
                    FILED
                  OCT 10 2017
                 SUSAN Y. SOONG
           CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CARL ALEXANDER WESCOTT,

    Plaintiff,

vs.

MONETTE STEPHENS
MICHELLE HARRIS, ETC.

    Defendant.

CASE NO. CV 17 5837 SK

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, CARL A. WESCOTT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

N/A

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____2014 — I EARNED 16K+ REVENUE;_____
3  _____6K+ AFTER EXPENSES_____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or                Yes ____ No ✓
8           self employment?
9      b.   Income from stocks, bonds,             Yes ____ No ✓
10          or royalties?
11     c.   Rent payments?                         Yes ____ No ✓
12     d.   Pensions, annuities, or                Yes ____ No ✓
13          life insurance payments?
14     e.   Federal or State welfare payments,     Yes ____ No ✓
15          Social Security or other govern-
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____N/A_____
20 _____

21 3.   Are you married?                           Yes ____ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?          Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?                     Yes ___ No ✓

Make _____ Year _____ Model _____ N/A

Is it financed? Yes ___ No ___ If so, Total due: $ _____ N/A

Monthly Payment: $ _____   N/A

7.  Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____ N/A

_____

Present balance(s): $ _____

Do you own any cash? Yes ✓ No ___ Amount: $ __32.—__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                       Yes ✓ No ___

__1 guitar + 1 phone  ~200 total__

8.  What are your monthly expenses?

Rent: $ __N/A (homeless)__ Utilities: __80 (cell)__

Food: $ __300__  → on top of CALFresh/food stamps  Clothing: _____
                     that I receive

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ __N/A__ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

__I have about $15 million of judgements__

- 3 -

1   _____

2   10.   Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____   No ____

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   _____

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10
11   __10/10/2017_____         _____[signature]_____

12          DATE                              SIGNATURE OF APPLICANT

- 4 -