UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____
www.cand.uscourts.gov

Susan Y. Soong                                                                                          General Court Number
Clerk of Court                                                                                                   415-522-2000

October 16, 2017

Carl Alexander Wescott,  Pro per
P.O. Box 190875
San Francisco, CA  94966

**Subject:   Carl Alexander Wescott v. Monette Stephens, et al., Case No. 17-cv-05837-SK**

      An *order* has been filed in the subject case that the *complaint and summons be served upon the defendant(s).*

      To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office.  The bottom portion of this letter is to be used for the information.  Please print that current address for each listed defendant.

      A self-addressed postage paid envelope is enclosed for your convenience in returning this information.  A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

_____
by:   Thelma Nudo
Case Systems Administrator

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |