1  Your name: CARL ALEXANDER WESCOTT
2  Address: POBOX 190875
3  SF CA 94119
4  Phone Number: 415 335 5000
5  Fax Number: _____
6  E-mail Address: c@carlawescott.com
7  Pro Se [Select one: (Plaintiff) or Defendant]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

[Select one location: (San Francisco) / Oakland / San Jose / Eureka]

CARL ALEXANDER WESCOTT )  Case Number: 17-CV-05837-SK
                       )
                       )  Title of Document:
       Plaintiff(s),   )  REQUESTED ADDRESSES FOR
   vs.                 )  DEFENDANTS
MONETTE STEPHENS       )
MICHELLE HARRIS, esq.  )
                       )
                       )
                       )
                       )
       Defendant(s).   )

YESTERDAY, OCTOBER 16th, 2017 THE COURT REQUESTED THE ADDRESSES OF THE TWO DEFENDANTS FOR SERVICE BY U.S. MARSHALS.

TITLE OF DOCUMENT: REQUESTED ADDRESSES        CASE NO.: 17-cv-05837-SK

PAGE NO. 1 OF 2   [JDC TEMPLATE]

FILED
2017 OCT 17 P 2:58
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

1
2   MONETTE STEPHENS' ADDRESS IS
3
4       853 ASHBURY STREET
5       SAN FRANCISCO, CA 94117
6
7   HER PHONE NUMBER IS +1 415 680 0280.
8   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
9
10  MICHELLE HARRIS' ADDRESS IS
11
12      HARRIS FAMILY LAW
13      PIER 9
14      THE EMBARCADERO #100
15      SAN FRANCISCO, CA 94111
16
17  HER PHONE NUMBER IS +1 415 766-4637
18
19  THANK YOU!
20
21  RESPECTFULLY SUBMITTED                10/17/2017
22                                         2:55 PM
23             A. Wescott
24          CARL ALEXANDER WESCOTT
25
26
27
28

TITLE OF DOCUMENT: REQUESTED ADDRESSES   CASE NO.: 17-cv-05837-SK
PAGE NO. 2 OF 2   [JDC TEMPLATE]