Carl Wescott
PO Box 190875
San Francisco, CA 94119
*in propria persona*
+1 415 335 5000

**FILED**

OCT 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

In Re

Carl Alexander Wescott

　　Plaintiff.

Mopette Stephens;

Michelle Harris, esquire

　　Defendants.

CASE NO.: CV 17 5837 ~~LB~~ SK

**Process of Service for Defendant Monette Stephens**

Please note that Defendant Monette Stephens will be at her Santa Barbara vacation home from Friday night, October 20th, 2017, to Sunday morning, October 29th, 2017, where she is easy to serve: **3910 Carol Avenue, Santa Barbara, CA 93110.**

She will be at her primary residence in San Francisco again starting the night of October 29th, 2017 and onwards: **853 Ashbury Street, San Francisco, CA 94117.**

Thank you.

_____
Carl Alexander Wescott. Pro Se