Carl Wescott
PO Box 190875
San Francisco, CA 94966
in propria persona
+1 415 335 5000

FILED

DEC 1 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

Carl Alexander Wescott,    )    Case Number CV 17 5837 SK
        Plaintiff    )
            )    COMPLAINT FOR VIOLATIONS OF THE
-------- versus --------    )    FDCPA; RETALIATION UNDER FERRA;
            )    BREACH OF CONTRACT; CONVERSION;
Monette Stephens and    )    LEGAL MALPRACTICE; WRONGFUL
Michelle Harris, esquire    )    EVICTION; MORTGAGE FRAUD; CONSUMER
        Defendants    )    FRAUD; CIVIL FRAUD.

## MOTION FOR ENTRY OF DEFAULTS

Plaintiff Carl Alexander Wescott requests that the clerk of court enter default against Defendant Monertte Stephens, pursuant to Federal Rule of Civil Procedure 55(a). Plaintiff Carl Alexander Wescott also requests that the clerk of court enter default against Defendant Monertte Stephens, pursuant to Federal Rule of Civil Procedure 55(a). In support of these two requests for entry of defaults Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 11th day of December, 2017

_____
Carl Alexander Wescott, pro se