UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. SoongGeneral Court Number
Clerk of Court415-522-2000

December 12, 2017

**RE:  Carl Alexander Wescott v.  Monette Stephens, et al, Case No.  3:17-cv-05837-SK**

*Default* is *declined* (no return of service has been executed by USMS to show that service was made on defendants) as to *Defendants Monette Stephens and Michelle Harris* on December 12, 2017.

Susan Y. Soong, Clerk

_____
by: Thelma Nudo
Case Systems Administrator