Timothy J. Halloran - 104498
    THalloran@mpbf.com
Arthur J. Harris - 246986
    AHarris@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendant
MICHELLE L. HARRIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-05837-SK<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Defendant MICHELLE HARRIS's Motion to Extend Time came on regularly for hearing at the above date, time and location.  Having considered the pleadings and arguments of counsel and authority filed in support thereof,

IT IS HEREBY ORDERED THAT:

Defendant's Motion to Extend Time to Respond to the Complaint is GRANTED.

Defendant shall have until January 31, 2018 to respond to the Complaint.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SALLIE KIM
Judge of the United States District Court

- 1 -

(PROPOSED) ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
CASE NO.
3:17-CV-05837-SK