UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>    Plaintiff,<br>    v.<br>MONETTE STEPHENS, et al.,<br>    Defendants. | Case No. 17-cv-05837-SK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to provide time to Defendants to respond to the complaint and file a case management statement, the Court HEREBY CONTINUES the case management conference from January 8, 2018 to February 12, 2018. The parties' case management statements shall be filed by no later than February 5. 2018.

The Court HEREBY ADVISES Plaintiff that a <u>Handbook for Pro Se Litigants</u>, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 3, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge