Timothy J. Halloran - 104498
   THalloran@mpbf.com
Arthur J. Harris - 246986
   AHarris@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendant
MICHELLE L. HARRIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-05837-SK<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

　　　　Defendant Michelle Harris filed a motion to extend her time to respond to the complaint. Plaintiff did not file any response.  The Court HEREBY GRANTS Harris' request and extends her time to respond to the complaint.  Defendant shall have until January 31, 2018 to respond to the complaint.

　　　　**IT IS SO ORDERED**.

Dated: January 8, 2018

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

- 1 -

(PROPOSED) ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT

CASE NO.
3:17-CV-05837-SK