UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONETTE STEPHENS, et al.,<br><br>    Defendants. | Case No. 17-cv-05837-SK<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/8/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carl Alexander Wescott
P.O. Box 190875
San Francisco, CA 94119

Dated: 1/8/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the
Honorable SALLIE KIM