UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>    Plaintiff(s)<br>v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br>    Defendant(s). | Case No. 3:17-cv-05837-SK<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

☐ **<u>Consent</u> to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **<u>consent</u>** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **<u>Decline</u> Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **<u>decline</u>** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 7, 2018

NAME: Arthur J. Harris

COUNSEL FOR (OR "PRO SE"): Michelle L. Harris

*Signature*

# CERTIFICATE OF SERVICE

I, Maria Diazgranados, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108.

On February 7, 2018, I served the following document(s) on the parties in the within action:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

| | |
|---|---|
| x | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as listed below. |
| x | **VIA E-MAIL:** I attached the above-described document(s) to an e-mail message, and invoked the send command before 5PM to transmit the e-mail message to the person(s) at the e-mail address(es) listed below. My email address is MDiazgranados@mpbf.com. |

Carl Alexander Wescott                              Attorney For Plaintiff in Propria Persona
P.O. Box 190875
San Francisco, CA
Phone: (415) 335-5000
Email: c@carlwescott.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 7, 2018.

By _____
    Maria Diazgranados

- 1 -
**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**