```
 1  Timothy J. Halloran – 104498
         THalloran@mpbf.com
 2  Arthur J. Harris – 246986
         AHarris@mpbf.com
 3  MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
 4  San Francisco, CA  94108-5530
    Telephone:    (415) 788-1900
 5  Facsimile:    (415) 393-8087

 6  Attorneys for Defendant
    MICHELLE L. HARRIS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>       Plaintiff,<br><br>   v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>       Defendants. | Case No.: 3:17-CV-05837-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHELLE HARRIS'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY AND REQUESTED ORDER PROHIBITING PLAINTIFF FROM FIILING ADDITIONAL PAPERS.**<br><br>Date: April 4, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: William H. Orrick |

Defendant Michelle Harris' ("Harris") Motion to Strike Plaintiff Carl Wescott's ("Plaintiff") "Motion for Leave to File Sur-Reply (to Reply to Response to Defendant's Motion to Dismiss)" (hereinafter "Sur-Reply") came on regularly for hearing at the above date, time, and location.  Having considered the pleadings and arguments of counsel and authority filed in support thereof,

**IT IS HEREBY ORDERED THAT:**

- Harris' Motion to strike Plaintiff's sur-reply is GRANTED.  The Court will not permit Plaintiff's Sur-Reply to be filed, nor will it consider the arguments raised therein in

- 1 -

opposition to Harris' motion to dismiss and motion to strike.

- Plaintiff is prohibited from filing additional papers related to Harris' motion to dismiss and motion to strike unless specifically requested by the Court.

Dated: _____

By _____
HONORABLE JUDGE WILLIAM H. ORRICK

# CERTIFICATE OF SERVICE

I, Maria Diazgranados, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108.

On March 20, 2018, I served the following document(s) on the parties in the within action:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MICHELLE HARRIS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY PURSUANT TO FRCP RULE 12(F).**

**DEFENDANT MICHELLE HARRIS'S NOTICE OF MOTION AND MOTION TO STRIKE SUR-REPLY PURSUANT TO FRCP 12(F) AND REQUESTED ORDER THAT PLAINTIFF NOT FILE ADDITIONAL PAPERS**

**[PROPOSED] ORDER GRANTING DEFENDANT MICHELLE HARRIS'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY AND REQUESTED ORDER PROHIBITING PLAINTIFF FROM FIILING ADDITIONAL PAPERS.**

| | |
|---|---|
| x | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as listed below. |

Carl Alexander Wescott                                      Attorney For Plaintiff in Propria Persona
P.O. Box 190875
San Francisco, CA
E-mail: c@carlawescott.com
Phone: (415) 335-5000

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 20, 2018.

By: _____
Maria Diazgranados

- 1 -