United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>   Plaintiff,<br><br> v.<br><br>MONETTE STEPHENS, et al.,<br><br>   Defendants. | Case No.  17-cv-05837-WHO<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at cand.uscourts.gov/adr.)

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.


Dated: 3/21/2018

_____
Erin Hamilton
ADR Program Manager
Erin_Hamilton@cand.uscourts.gov
415-522-4205

1 **PROOF OF SERVICE**

2 Case Name: Wescott v. Stephens

3 Case Number: 17-cv-05837-WHO United States District Judge

4 I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

6 ADR Program
United States District Court
7 Norther District of California
450 Golden Gate Avenue Floor 16
8 San Francisco, CA 94102

9 On 3/21/2018, I served a true and correct copy of:

10     Notice Re: Noncompliance With Court Order

11 [ ] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:
12 [ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
13 [x] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

15 Carl Alexander Wescott
P.O. Box 190875
16 San Francisco, CA 94119

18 I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 3/21/2018 in San Francisco, California.

19 SUSAN SOONG
20 Clerk

21 by: *[signature]*
22 _____

Erin Hamilton
23 ADR Program Manager
Erin_Hamilton@cand.uscourts.gov
24 415-522-4205