# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** April 4, 2018 | **Time:** 3 minutes<br>2:02 p.m. to 2:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-05837-WHO | **Case Name:** Wescott v. Stephens | |

**Plaintiff:** Carl Alexander Wescott (Pro se)
**Attorney for Defendant:** Arthur James Harris

**Deputy Clerk:** Jean Davis          **Court Reporter:** Katherine Sullivan

# PROCEEDINGS

Parties appear for hearing on motion to dismiss and motion to strike. The Court gives tentative opinion that neither federal claim states a cause of action and that amendment would be futile. Pro se plaintiff heard. The Court will dismiss those claims with prejudice and will not take supplemental jurisdiction of the state claims, which will be dismissed. A written order will follow.