United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   CARL ALEXANDER WESCOTT,
                                            Case No. 17-cv-05837-WHO
        Plaintiff,
8
        v.
9                                           **JUDGMENT IN A CIVIL CASE**
    MONETTE STEPHENS, et al.,               Re: Dkt. No. 41
10
        Defendants.
11
12
13      Pursuant to the Court's Order Granting Motion to Dismiss the Complaint (Dkt. 41)
14  Judgment is entered accordingly.
15  Dated: April 10, 2018                              Susan Y. Soong, Clerk
16
17                                                    By: Jean M. Davis, Deputy Clerk
18
19
20
21
22
23
24
25
26
27
28