UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL ALEXANDER WESCOTT,

Plaintiff,

v.

MONETTE STEPHENS, et al.,

Defendants.

Case No. 18-cv-05009-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Orrick to determine whether it is related to *Wescott v. Stephens, et al.*, Case No. 17-cv-05837-WHO.

**IT IS SO ORDERED**.

Dated: August 20, 2018

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge