UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONETTE STEPHENS, et al.,<br><br>    Defendants. | Case No. 18-cv-05009-SK<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/20/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

    Carl Alexander Wescott
    P.O. Box 190875
    San Francisco, CA 94966

Dated: 8/20/2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Melinda K. Lozenski, Deputy Clerk to the
    Honorable SALLIE KIM