Timothy J. Halloran - 104498
 THalloran@mpbf.com
Arthur J. Harris - 246986
 AHarris@mpbf.com
Kavin A. Williams – 320233
 kwilliams@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendant
MICHELLE L. HARRIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>    Defendants. | Case No.: 3:17-CV-05837-WHO<br><br>**MURPHY, PEARSON, BRADLEY & FEENEY P.C.S' NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS**<br><br>Date: January 2, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date, time and place, the motion of Murphy, Pearson, Bradley & Feeney for Motion to Withdraw will be heard in Department Civil of the above-entitled Court.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Pursuant to Local R. 11-5, Timothy J. Halloran, Arthur J. Harris, and Kavin A. Williams of Murphy, Pearson, Bradley & Feeney P.C., ("Movants") hereby notify the parties and the Court of their

- 1 -

intent to withdraw as counsel for Defendant Michelle Harris. Movants state the following grounds for this notice and motion.

1. Movants represented Defendant in Case No.: 3:17-CV-05837-WHO. The Court ordered the complaint dismissed on April 9, 2018.

2. Because the case was dismissed, Movants' withdrawal will not cause any prejudice or delay in this case. The parties will not require any additional time to review or acclimate to the absence of Movants as counsel.

3. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request the Court waive oral argument.

THEREFORE, Movants respectfully requests that this Court waive oral argument on this Motion, grant them leave to withdraw as counsel in the above captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: November 27, 2018

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Kavin A. Williams
Arthur J. Harris
Timothy J. Halloran
Attorneys for Defendant
MICHELLE L. HARRIS

KAW.3310476.docx

- 2 -
ARTHUR J. HARRI'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

CASE NO.: 3:17-CV-05837-WHO

**CERTIFICATE OF SERVICE**

I, Maria Diazgranados, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108.

On November 27, 2018, I served the following document(s) on the parties in the within action:

**MURPHY, PEARSON, BRADLEY & FEENEY P.C.S' NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS**

| | |
|---|---|
| xx | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as listed below. |

Carl Alexander Wescott                                   Attorney For Plaintiff in Propria Persona
P.O. Box 190875
San Francisco, CA
E-mail: c@carlawescott.com
Phone: (415) 335-5000

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 27, 2018.

By _____
Maria Diazgranados

- 1 -
**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**