Timothy J. Halloran - 104498
 THalloran@mpbf.com
Arthur J. Harris - 246986
 AHarris@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendant
MICHELLE L. HARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>                    Plaintiff,<br><br>     v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>                    Defendants. | Case No.: 3:17-CV-05837-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS** |

   Timothy J. Halloran, Arthur J. Harris, and Kavin A. Williams of Murphy, Pearson, Bradley & Feeney P.C. ("Movants") seek to withdraw as counsel for Defendant Michelle Harris in the above-captioned litigation pursuant to Local R. 11-5 and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that the Movants have submitted satisfactory reasoning for withdraw, and that the granting of this Motion will not cause substantial prejudice or delay to any party.

- 2 -

1  IT IS HEREBY ORDERED that the Movants' Motion to Withdraw as Counsel for Defendant
2  Michelle Harris is GRANTED, and the Movants' are hereby terminated as counsel in this proceeding.

3

4

5

6  DATED: _____          By: _____
7                                              Hon. William H. Orrick
8                                              United States District Court

9

10

11
   KAW.3310521.docx
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR           CASE NO.
DEFENDANT MICHELLE HARRIS                                              3:17-CV-05837-WHO

# CERTIFICATE OF SERVICE

I, Maria Diazgranados, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 88 Kearny Street, 10th Floor, San Francisco, California  94108.

On November 27, 2018, I served the following document(s) on the parties in the within action:

**MURPHY, PEARSON, BRADLEY & FEENEY P.C.S' NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS**

| | |
|---|---|
| xx | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as listed below. |

Carl Alexander Wescott              Attorney For Plaintiff in Propria Persona
P.O. Box 190875
San Francisco, CA
E-mail: c@carlawescott.com
Phone: (415) 335-5000

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 27, 2018.

By _____
Maria Diazgranados

- 1 -
**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**