```
 1  Timothy J. Halloran - 104498
     THalloran@mpbf.com
 2  Arthur J. Harris - 246986
     AHarris@mpbf.com
 3  MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
 4  San Francisco, CA  94108-5530
    Telephone: (415) 788-1900
 5  Facsimile: (415) 393-8087

 6  Attorneys for Defendant
    MICHELLE L. HARRIS
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>   Plaintiff,<br><br> v.<br><br>MONETTE STEPHENS and MICHELLE HARRIS,<br><br>   Defendants. | Case No.: 3:17-CV-05837-WHO<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHELLE HARRIS** |

  Timothy J. Halloran, Arthur J. Harris, and Kavin A. Williams of Murphy, Pearson, Bradley & Feeney P.C. ("Movants") seek to withdraw as counsel for Defendant Michelle Harris in the above-captioned litigation pursuant to Local R. 11-5 and Cal. R. Prof. Conduct 3-700(A)(1).  As this Court finds that the Movants have submitted satisfactory reasoning for withdraw, and that the granting of this Motion will not cause substantial prejudice or delay to any party.

- 2 -

1   IT IS HEREBY ORDERED that the Movants' Motion to Withdraw as Counsel for Defendant
2   Michelle Harris is GRANTED, and the Movants' are hereby terminated as counsel in this proceeding.

6   DATED: December 10, 2018        By: _____
                                        Hon. William H. Orrick
                                        United States District Court

10  KAW.3310521.docx